### 13953.  MALLARD *v.* THE STATE.

BLOODWORTH, J.  1.  Under the particular facts of this case, and in the absence of a proper and timely written request for more specific instructions, the charge as given is correct and sufficiently full, and the judge did not err in failing to charge as complained of in the three special grounds of the motion for a new trial.

2. The evidence amply authorized the verdict, which has the approval of the trial judge, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 12, 1922.

Indictment for larceny of hog; from Miller superior court — Judge Worrill.  September 2, 1922.

*W. I. Geer,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.

---

### 13969.  SMITH *v.* THE STATE.

LUKE, J.  No error of law is complained of; and, there being *some* evidence to authorize the verdict, which has the approval of the trial judge, this court is powerless to interfere with the judgment overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 12, 1922.

Indictment for manufacture of liquor; from Troup superior court — Judge Roop.  September 12, 1922.

*Harry M. Breed,* for plaintiff in error.

*W. Y. Atkinson,* solicitor-general, contra.